IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHARON K. MARTIN, individually and on behalf of all others similarly situated in Missouri,<br><br>Plaintiff,<br><br>v.<br><br>WM. WRIGLEY JR., CO.,<br><br>Defendant. | Case No. 4:17-cv-00541-NKL |

## JUDGMENT IN A CIVIL CASE

___     Jury Verdict.    This action came before the Court for a trial by jury.

X     Decision by Court.    This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to Order entered by the Honorable Nanette Laughrey on October 24, 2017, Wrigley's motion to dismiss the petition is granted, with prejudice.

Date: October 24, 2017                     PAIGE WYMORE-WYNN
                                                           Clerk of Court

                                                            s/ RENEA MATTHES MITRA
                                                            By: Renea Matthes Mitra, Courtroom Deputy